# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–14534–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Steven M Perez
aka Michael Perez
3 N. Atlantic Ave.
Stratford, NJ 08084

Social Security No.:
xxx–xx–5981

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 29, 2019.

On September 27, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                November 13, 2019
Time:                09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 30, 2019
JAN: eag

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 19-14534-ABA
Steven M Perez                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2          Date Rcvd: Sep 30, 2019
                               Form ID: 185             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db             +Steven M Perez,    3 N. Atlantic Ave.,    Stratford, NJ 08084-1701
518065927      +Atlantic Gastro SurgiCenter, LLC,    3205 Fire Road, Suite 3,
                 Egg Harbor Township, NJ 08234-5884
518065928       Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
518065929       Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
518234695      +CAMDEN COUNTY MUA,    1645 FERRY AVE,    CAMDEN NJ 08104-1311
518065933      +CCMUA,    Po Box 1105,   Bellmawr, NJ 08099-5105
518065932     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: CBNA,     50 Northwest Point Road,    Elk Grove Village, IL 60007)
518065935      +Financial Recoveries,    200 E Park Dr, Suite 100,    PO Box 1388,    Mount Laurel, NJ 08054-7388
518065937       New Century Financial Services,     c/o Pressler and Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
518065938      +SLS, LLC,    c/o RAS Citron,    130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
518065939       Specialized Loan Servicing, LLC,    PO Box 636007,    Littleton, CO 80163-6007
518065940      +Stratford Township,    315 Union Avenue,    Stratford, NJ 08084-1313
518246699      +The Bank of New York Mellon Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518065944       Transworld Systems Inc.,    PO BOX 15095,    Wilmington, DE 19850-5095
518065946      #+Trystone Capital Assets, LLC,    c/o Anthony L. Velasquez, Esq.,     575 Route 70, 2nd Floor,
                 PO Box 1030,    Brick, NJ 08723-0090
518065947      +Virtua Medical Group,    PO Box 71451,    Philadelphia, PA 19176-1451
518178994      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,     PO Box 130000,    Raleigh NC 27605-1000
518065948       Wells Fargo Dealer Services,    PO box 25341,    Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 01 2019 00:48:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 01 2019 00:48:12      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518065926      +E-mail/Text: g20956@att.com Oct 01 2019 00:48:27      AT&T Wireless,    208 S. Akard St.,
                 Dallas, TX 75202-4206
518231520       E-mail/Text: ally@ebn.phinsolutions.com Oct 01 2019 00:45:19      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
518065925      +E-mail/Text: ally@ebn.phinsolutions.com Oct 01 2019 00:45:19      Ally Financial,
                 P. O. Box 380901,    Minneapolis, MN 55438-0901
518065931      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Oct 01 2019 00:48:37      CB Indigo,    PO BOX 4499,
                 Beaverton, OR 97076-4499
518125740      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 01 2019 01:03:14
                 Capital One Bank (USA), N.A.,     4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518065930      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 01 2019 00:51:49
                 Capital One Bank USA NA,    PO BOX 30281,    Salt Lake City, UT 84130-0281
518065934       E-mail/PDF: creditonebknotifications@resurgent.com Oct 01 2019 00:51:53      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
518236708       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 01 2019 00:51:55      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518065936      +E-mail/Text: ml-ebn@missionlane.com Oct 01 2019 00:45:18      Lendup Card Services,
                 225 Bush Street, Suite 1100,    San Francisco, CA 94104-4250
518234283       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2019 00:52:33
                 Portfolio Recovery Associates, LLC,     c/o Best Buy Visa,   POB 41067,    Norfolk VA 23541
518229715       E-mail/Text: bnc-quantum@quantum3group.com Oct 01 2019 00:48:10
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,   Kirkland, WA 98083-0788
518065941       E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2019 00:51:46      SYNCB/Lenscrafters,
                 PO Box 965036,    Orlando, FL 32896-5036
518065942      +E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2019 00:51:46      SYNCB/PC Richard,    PO Box 965036,
                 Orlando, FL 32896-5036
518068317      +E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2019 00:52:29      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
518065943       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Oct 01 2019 00:51:46      T-Mobile,
                 PO Box 742596,    Cincinnati, OH 45274-2596
518104497      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 01 2019 01:03:01      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518065945      +E-mail/Text: bankruptcydepartment@tsico.com Oct 01 2019 00:48:29      Transworld Systems, Inc.,
                 PO Box 15273,    Wilmington, DE 19850-5273
518226680      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 01 2019 01:03:07      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-1              User: admin                Page 2 of 2                  Date Rcvd: Sep 30, 2019
                                  Form ID: 185               Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:

      Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
       as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
       2007-4 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Eric   Clayman    on behalf of Debtor Steven M Perez jenkins.clayman@verizon.net,
       connor@jenkinsclayman.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
       as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
       2007-4 rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                           TOTAL: 6