Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–14534–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Steven M Perez
    aka Michael Perez
    3 N. Atlantic Ave.
    Stratford, NJ 08084

Social Security No.:
    xxx–xx–5981

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

        NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr.
on:

Date:        5/14/20
Time:        02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ
08101–2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not
required.

        The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
Fees: $1015.00

EXPENSES
$12.85

If this is a chapter 13 case, the fees and expenses awarded:

☑        will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☐        will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

        An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 13, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-14534-ABA
Steven M Perez                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin           Page 1 of 2            Date Rcvd: Apr 13, 2020
                               Form ID: 137           Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2020.
db              +Steven M Perez,   3 N. Atlantic Ave.,   Stratford, NJ 08084-1701
518065927       +Atlantic Gastro SurgiCenter, LLC,   3205 Fire Road, Suite 3,
                 Egg Harbor Township, NJ 08234-5884
518065928        Barclays Bank Delaware,   PO Box 8803,   Wilmington, DE 19899-8803
518065929        Best Buy/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
518234695       +CAMDEN COUNTY MUA,   1645 FERRY AVE,   CAMDEN NJ 08104-1311
518065933       +CCMUA,   Po Box 1105,   Bellmawr, NJ 08099-5105
518065932      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: CBNA,   50 Northwest Point Road,   Elk Grove Village, IL 60007)
518065935       +Financial Recoveries,   200 E Park Dr, Suite 100,   PO Box 1388,   Mount Laurel, NJ 08054-7388
518065937        New Century Financial Services,   c/o Pressler and Pressler,   7 Entin Road,
                 Parsippany, NJ 07054-5020
518065938       +SLS, LLC,   c/o RAS Citron,   130 Clinton Road, Suite 202,   Fairfield, NJ 07004-2927
518065939        Specialized Loan Servicing, LLC,   PO Box 636007,   Littleton, CO 80163-6007
518065940       +Stratford Township,   315 Union Avenue,   Stratford, NJ 08084-1313
518246699       +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518065944        Transworld Systems Inc.,   PO BOX 15095,   Wilmington, DE 19850-5095
518065946       +Trystone Capital Assets, LLC,   c/o Anthony L. Velasquez, Esq.,   575 Route 70, 2nd Floor,
                 PO Box 1030,   Brick, NJ 08723-0090
518065947       +Virtua Medical Group,   PO Box 71451,   Philadelphia, PA 19176-1451
518178994       +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,   PO Box 130000,   Raleigh NC 27605-1000
518065948        Wells Fargo Dealer Services,   PO box 25341,   Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 14 2020 01:22:57     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 14 2020 01:22:54     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518065926       +E-mail/Text: g20956@att.com Apr 14 2020 01:23:34     AT&T Wireless,   208 S. Akard St.,
                 Dallas, TX 75202-4206
518231520        E-mail/Text: ally@ebn.phinsolutions.com Apr 14 2020 01:19:59     Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
518065925       +E-mail/Text: ally@ebn.phinsolutions.com Apr 14 2020 01:19:59     Ally Financial,
                 P. O. Box 380901,   Minneapolis, MN 55438-0901
518065931       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 14 2020 01:23:57     CB Indigo,   PO BOX 4499,
                 Beaverton, OR 97076-4499
518125740       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 14 2020 01:28:13
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518065930       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 14 2020 01:27:49
                 Capital One Bank USA NA,   PO BOX 30281,   Salt Lake City, UT 84130-0281
518065934        E-mail/PDF: creditonebknotifications@resurgent.com Apr 14 2020 01:26:48     Credit One Bank,
                 PO Box 98872,   Las Vegas, NV 89193-8872
518236708        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 14 2020 01:25:53     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518065936       +E-mail/Text: ml-ebn@missionlane.com Apr 14 2020 01:19:57     Lendup Card Services,
                 225 Bush Street, Suite 1100,   San Francisco, CA 94104-4250
518234283        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 14 2020 01:28:03
                 Portfolio Recovery Associates, LLC,   c/o Best Buy Visa,   POB 41067,   Norfolk VA 23541
518229715        E-mail/Text: bnc-quantum@quantum3group.com Apr 14 2020 01:22:44
                 Quantum3 Group LLC as agent for,   GPCC I LLC,   PO Box 788,   Kirkland, WA  98083-0788
518065941        E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 01:25:14     SYNCB/Lenscrafters,
                 PO Box 965036,   Orlando, FL 32896-5036
518065942       +E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 01:25:14     SYNCB/PC Richard,   PO Box 965036,
                 Orlando, FL 32896-5036
518068317       +E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 01:26:21     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518065943        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Apr 14 2020 01:25:07     T-Mobile,
                 PO Box 742596,   Cincinnati, OH 45274-2596
518104497       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 14 2020 01:28:13     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518065945       +E-mail/Text: bankruptcydepartment@tsico.com Apr 14 2020 01:23:41     Transworld Systems, Inc.,
                 PO Box 15273,   Wilmington, DE 19850-5273
518226680       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 14 2020 01:28:13     Verizon,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                          TOTAL: 20


                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Apr 13, 2020
                              Form ID: 137             Total Noticed: 38
```

                    ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
           2007-4 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Eric  Clayman    on behalf of Debtor Steven M Perez jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
           2007-4 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 6
```