| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | |

Order Filed on May 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br>Steven Perez<br><br>debtor | Case No.: | 19-14534 |
|---|---|---|
| | Chapter: | 13 |
| | Hearing Date: | 9/30/19-3/11/20 |
| | Judge: | ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: May 14, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

5

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>Jenkins & Clayman</u>, the applicant, is allowed a fee of <u>$1015.00</u> for services rendered and expenses in the amount of <u>$12.85</u> for a total of <u>$1027.85</u> The allowance is payable:

  <u>X</u>  through the Chapter 13 plan as an administrative priority.

  ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $522 per month starting April 2020 for 48 months to allow for payment of the above fee.