UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Eric J. Clayman, Esq
Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

Order Filed on January 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Steven M Perez

Debtor

Case No.: 19-14534

Chapter: 13

Judge: ABA

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 19, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of _____the debtor_____ for the reduction of time for a hearing on __Motion to Sell_____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____January 25, 2022_____ at __10 am__ in the United States Bankruptcy Court, _____400 Cooper Street, Camden, NJ 08101_____, Courtroom No. __4B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __All Creditors, Trustee and US Trustee__

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*