| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Eric J Clayman, Esq<br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>856-546-9696 | Order Filed on January 25, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>  Steven Michael Perez<br><br>  Debtors | Case No.:  __19-14534__<br><br>Hearing Date:  __1/25/22__<br><br>Chapter:  __13__<br><br>Judge:  __ABA__ |

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

**Recommended Local Form:**    ☐ Followed    ☒ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**

**DATED: January 25, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as 3 N. Atlantic Avenue, Stratford, New Jersey 08361 (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒ The Motion includes a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore, the following professional(s) may be paid at closing.

Name of professional: Joseph Kuppler, Weichert Realtors

Amount to be paid:    6% and may be shared with any participating broker

Services rendered:    Real estate agent

Jenkins & Clayman shall be paid $500.00 at closing for legal fees relating to the bankruptcy aspect of the sale of real estate. Additional fees may be requested after application is considered by the Bankruptcy court.

William Sokol, Esq, special counsel, may be paid at closing as a result of the reduced payoff requested by the mortgage holder and not from Debtor's estate.

**OR**: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $__3,000_____ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.