UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

JENKINS & CLAYMAN
Eric J. Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

In Re:

Steven M. Perez

Debtor(s)

Case No.: 19-14534

Adv. No.: 

Hearing Date: January 25, 2022

Judge: ABA

## CERTIFICATION OF SERVICE

1. I, __JoAnn DiLolle__ :

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for __Eric J. Clayman__, who represents the __Debtor(s)__ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __1/25/2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Order Authorizing Sale of Real Estate signed by Judge Altenberg

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 1/25/22

/s/ JoAnn DiLolle
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Steven M. Perez | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Office of the U.S. Trustee<br>One Newark Center<br>1085 Raymond Blvd., Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| T-Mobile/T-Mobile USA Inc by American InfoSource as agent<br>Attn: officer/manager or general agent or any Other agent authorized by law to receive Service of process<br>4515 N. Santa Fe Avenue<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One Bank (USA) N.A. by American InfoSource as agent<br>Attn: officer/manager or general agent or any Other agent authorized by law to receive Service of process<br>4515 N. Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Wells Fargo Bank N.A., d/b/a Wells Fargo Auto<br>Attn: officer/manager or general agent or any Other agent authorized by law to receive Service of process<br>P.O. Box 130000<br>Raleigh, NC 27605 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Verizon by American InfoSource as agent<br>Attn: officer/manager or general agent or any Other agent authorized by law to receiveService of process<br>4515 N. Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Camden County MUA<br>Attn: officer/manager or general agent or any Other agent authorized by law to receive Service of process<br>1645 Ferry Avenue<br>Camden, NJ 08104 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Quantum3 Group LLC as agent for GPCC I LLC<br>Attn: officer/manager or general agent or any Other agent authorized by law to receive Service of process<br>P.O. Box 788<br>Kirkland, WA 98083 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Ally Capital<br>Attn: officer/manager or general agent or any Other agent authorized by law to receive Service of process<br>P.O. Box 130424<br>Roseville, MN 55113 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Portfolio Recovery Assoc. LLC<br>Attn: officer/manager or general agent or any Other agent authorized by law to receive Service of process<br>P.O. Box 41067<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Resurgent Capital Services<br>Attn: officer/manager or general agent or any Other agent authorized by law to receive Service of process<br>P.O. Box 10587<br>Greenville, SC 29603 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*new.3/15/12*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Specialized Loan Servicing LLC<br>Attn: officer/manager or general agent or any Other agent authorized by law to receive Service of process<br>8742 Lucent Blvd., Ste 300<br>Highlands Ranch, CO 80129 | Creditor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |