# *Office of the Chapter 13 Standing Trustee*

*Isabel C. Balboa, Chapter 13 Standing Trustee* †

*Jane L. McDonald, Counsel*
*Jennifer R. Gorchow, Staff Attorney*
*William H. Clunn, III, Staff Attorney*

*Kelleen E. Stanley\**
*Jennie P. Archer\**
*Lu'Shell K. Alexander\**

*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

February 9, 2022

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy
   Debtor(s) Name:       Steven M. Perez
   Case No:              19-14532   ABA
   Hearing Date:         N/A

Dear Judge Altenburg:

   Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on February 7, 2022 for the above-captioned matter.

   The proposed form of order filed with the Motion/Application, fails to indicate a correct amount of months listed as remaining in the plan. Additionally, the proposed form of order does not require for the length of plan to be provided. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $536.00 per month for twenty-five (25) months.

   **Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

   As always, the Court is welcome to contact the Trustee with any concerns.

   Respectfully submitted,

   *OFFICE OF THE CHAPTER 13*
   *STANDING TRUSTEE*

   */s/ Isabel C. Balboa*

   **ISABEL C. BALBOA**
   Chapter 13 Standing Trustee

ICB:lka

c:   Eric J. Clayman, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
   Steven M. Perez   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

P.O. Box 1978
Memphis, TN 38101-1978