**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorney for Debtor

| | |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY |
| Steven M. Perez<br>debtor | CHAPTER 13 CASE NO.: 19-14534<br><br>CERTIFICATION TO WITHDRAW |

I, Eric J Clayman, Esquire, am an attorney at law, licensed to practice before this Court, and am authorized to make this certification:

1. We filed an application for compensation on 2/7/22 (#55)

2. We respectfully request that this entry be withdrawn, as there were errors in filing.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 5/5/2022                                      /s/Eric J Clayman
                                                                  Eric J Clayman, Esquire